**Opinion issued September 24, 2013**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-13-00443-CV

———————————

**LYDELL FOSTER, Appellant**

**V.**

**GEICO INDEMNITY INSURANCE COMPANY, AS SUBROGEE OF
LEWIS MELTON, Appellee**

---

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1019866

---

### MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.